Order entered January 14, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00037-CV

## IN RE RED FROG EVENTS, LLC, Relator

**On Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-02639-A**

## ORDER
Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    ROBERT F. FILLMORE
        JUSTICE